**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00224-CV**
_____

**AUSTIN BEBER, CODY ROACH, AND JAQUELINE DAMON, Appellants**

**V.**

**NAVSAV HOLDINGS, LLC, Appellee**

_____

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. 23DCCV0629**

_____

**MEMORANDUM OPINION**

Appellants Austin Beber, Cody Roach, and Jaqueline Damon, and Appellee

Navsav Holdings, LLC, jointly filed a motion to dismiss this accelerated appeal. *See*

Tex. R. App. P. 42.1(a). The parties filed the motion before the appellate court issued

a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 9, 2025
Opinion Delivered July 10, 2025
Before Golemon, C.J., Johnson and Chambers, JJ.